UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL SERRICCHIO

    v.                                          Civil No.  3:05cv 1761 (JBA)

WACHOVIA SECURITIES LLC

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On June 17, 2008, after deliberation, the jury returned a verdict for the plaintiff, Michael Serricchio. On March 19, 2009, a Memorandum of Decision entered finding damages for the plaintiff as follows: lost earnings in the amount of $680,312.00, less estimated mitigating earnings of $290,859.00, for a total back-pay award of $389,453.00; liquidated damages in the amount of $389,453.00, for a total award of $778,906.00, plus prejudgment interest calculated in accordance with 28 U.S.C. § 1961, plus fees and costs. Defendant, Wachovia is also ordered to reinstate plaintiff Michael Serricchio, effective April 1, 2009, to a financial-advisor position with the full package of normal employment benefits in Springfield, Massachusetts, or in another geographically reasonable location.  For three months, defendant, Wachovia shall pay the plaintiff Michael Serricchio a salary of $12,300 per month.  For the next nine months, defendant, Wachovia shall provide the plaintiff Michael Serricchio, with a draw of $12,300 per month.  After one year, the plaintiff, Michael Serricchio, will be responsible for generating his own income through his client accounts.

EOD_____

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Michael Sericchio, in the amount of $778,906, plus prejudgment interest, fees and costs and the case is closed.

Dated at New Haven, Connecticut: March 20, 2009

                                        Robin D. Tabora,  Clerk

                                        _____/s/_____
                                        By: Betty J. Torday
                                              Deputy Clerk