UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SERRICCHIO, : | |
| Plaintiff, : | |
| V. : | NO. 3:05cv1761 (JBA) |
| WACHOVIA SECURITIES, LLC, : | |
| Defendant. : | APRIL 24, 2009 |

### PLAINTIFF'S PROPOSED CALCULATION OF PREJUDGMENT INTEREST AND MOTION FOR ORDER

Plaintiff Michael Serricchio, through counsel, submits the following calculation of prejudgment interest on the award of back pay from December 18, 2003 through the entry of Judgment on March 20, 2009, pursuant to the Court's March 19, 2009 Memorandum of Decision (at 21), and moves that the Court order such amount added to the back pay award.

Based on the methodology described herein, plaintiff has calculated the total prejudgment interest accruing on the Court's award of back pay, from December 18, 2003 through March 20, 2009 as $36,567.98.

Plaintiff has calculated the prejudgment interest, applying the weekly post-judgment interest rates established pursuant to 28 U.S.C. 1961 to the Court's award of back pay in its March 19, 2009 Memorandum of Decision and compounding annually as directed by the Court. (Mem. of Dec. at 21). Attached as Exhibit A is a Schedule detailing the prejudgment interest accruing each year. Attached as Exhibit B are the weekly interest rates applicable under 28 U.S.C. § 1961 from January 2003 through March 13, 2009.

Plaintiff utilized the following methodology to calculate the total prejudgment interest owing. First, for each applicable year (or partial year), plaintiff determined an average interest rate by (i) adding the weekly rate for each week and (ii) dividing by the number of weeks. Thus, for example, in 2003, which involved only two weeks (12/19/03 and 12/26/03), an average interest rate was obtained by adding the rate of each week (1.27% and 1.28%) and dividing by two, producing an average rate of 1.275%. These average rates are set forth on the Schedule attached as Exhibit C.

Second, plaintiff determined the net amount of the back award for each year (by subtracting the mitigation amounts set forth on page 16 of the Court's Memorandum of Decision from the gross back pay amounts set forth on page 9 of the Decision. These amounts are set forth on the Schedule attached as Exhibit D.

Third, plaintiff multiplied the average interest rate for each year (or partial year) times the net amount of the back pay award for each year, beginning with the year in which the amount first accrued. In calculating the first year's interest for each award (other than the 2003 award), plaintiff divided the first year's interest calculation by 2 to reflect that the amount awarded would have been received over the course of the entire year. For the $3,667 net back pay award accruing in December 2003, plaintiff multiplied that amount times the average annual rate of 1.275% and then divided by 2 to reflect that the amount would been received over the course of 2 weeks and by 26 (2/52) to reflect that interest accrued for only two weeks that year. In calculating each successive year's interest on the net amount of the back pay award for each year, plaintiff added the prior years' interest on the award to reflect compounding.

2

The interest accruing each year on the net amount of the back pay for each year is set forth on the Schedule attached as Exhibit A.

Defendant Wachovia Securities, LLC has advised plaintiff that it does not dispute plaintiff's methodology, but contends that a single interest rate of .007% – the § 1961 interest rate for the week of March 13, 2009 – should be applied for the entire period from December 18, 2003 through March 20, 2009, rather than the actual rates in effect over the period that prejudgment interest accrued. Wachovia contends that this result is appropriate because, pursuant to 28 U.S.C. § 1961, the post-judgment interest rate is set on that basis.

While the case law supports using § 1961 interest *rates* for purposes of calculating prejudgment interest in federal employment cases, plaintiff does not agree that the rate in effect at the time judgment is entered should appropriately serve as the basis for calculating the time value of lost money over prior years.

The purposes of an award of prejudgment interest in an employment case is to make the employee whole for his lost use of back pay (and to prevent the employer from receiving a monetary gain from its retention of monies rightfully belonging to its employee). *Gierlinger v. Gleason*, 160 F.3d 858, 874 (2d Cir. 1998). To be made whole for the time value of his loss, a plaintiff must be awarded prejudgment interest on the basis of the actual rates in effect over the entire back pay period.

While it may be that post-judgment interest – which serves a different purpose – is properly calculated on the basis of the interest rate in effect at the time judgment is entered, there is no justification for applying that methodology to prejudgment interest. Indeed, the

3

methodology proposed by Wachovia has the potential for windfall or shortfall, depending on whether the interest rate at the time judgment is entered in an action is greater or lower than the rates in effect over a given period. Here, of course, Wachovia's proposed use of the March 13, 2009 interest rate results in a nearly $30,000 loss to plaintiff in the time value of his back pay award and a corresponding windfall to Wachovia.

This Court has discretion to determine the calculation of prejudgment interest. *Jones v. Spentonbush-Red Star Co.*, 155 F.3d 587, 593 (2d Cir. 1998) ("the rule in this Circuit, however, is the rate of interest used in awarding prejudgment interest rests firmly within the sound discretion of the trial court"), *quoting Ingersoll Milling Machine Co. v. M/V Bodena*, 829 F.2d 293, 311 (2d Cir. 1987). Plaintiff respectfully submits that utilizing the actual § 1961 interest rates in effect over the back period provides the fairest methodology and should be ordered by the Court.

Accordingly, plaintiff respectfully requests that the Court enter an award of $36,567.98 in prejudgment interest on the back pay award ordered in the Court's March 19, 2009 Memorandum of Decision.

                              PLAINTIFF MICHAEL SERRICCHIO,

                              BY: /s/_____
                                   DAVID S. GOLUB ct00145
                                   CRAIG N. YANKWITT ct26165
                                   SILVER GOLUB & TEITELL LLP
                                   184 ATLANTIC STREET
                                   P.O. BOX 389
                                   STAMFORD, CONNECTICUT 06904
                                   Tel.: (203) 325-4491
                                   Fac.: (203) 325-3769

## CERTIFICATION

I hereby certify that on April 24, 2009, a copy of the foregoing Plaintiff's Proposed Calculation of Prejudgment Interest and Motion for Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/_____
                                    DAVID S. GOLUB ct00145
                                    SILVER GOLUB & TEITELL LLP
                                    184 Atlantic Street
                                    P. O. Box 389
                                    Stamford, CT 06904
                                    Telephone: 203-325-4491
                                    Fax: 203-325-3769
                                    dgolub@sgtlaw.com

# EXHIBIT A

Case 3:05-cv-01761-JBA   Document 240   Filed 04/24/09   Page 6 of 19

SCHEDULE OF INTEREST
ACCRUING EACH YEAR

| Net Loss | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | Total Inter. |
|---|---|---|---|---|---|---|---|---|
| $3,667 | $1.80 | $70.41 | $135.36 | $191.02 | $184.18 | $68.08 | $6.18 | $657.02 |
| $57,871 | | $555.33 | $2,115.03 | $2,984.69 | $2,877.86 | $1,063.79 | $96.53 | $9,693.23 |
| $117,501 | | | $2,126.77 | $5,897.65 | $5,686.55 | $2,102.02 | $190.74 | $16,003.72 |
| $57,131 | | | | $1,408.28 | $2,651.95 | $2,772.08 | $91.52 | $6,923.83 |
| $63,404 | | | | | $1,436.16 | $1,038.74 | $94.26 | $2,569.16 |
| $70,376 | | | | | | $563.71 | $101.50 | $665.21 |
| $19,502 | | | | | | | $55.80 | $55.80 |
| | | | | | | | | $36,567.98 |

# EXHIBIT B

# POST-JUDGMENT INTEREST RATE

## 2003

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 1/3/2003 | 1.38% |
| 1/10/2003 | 1.41% |
| 1/17/2003 | 1.38% |
| 1/24/2003 | 1.32% |
| 1/31/2003 | 1.32% |
| 2/7/2003 | 1.32% |
| 2/14/2003 | 1.30% |
| 2/21/2003 | 1.30% |
| 2/28/2003 | 1.27% |
| 3/7/2003 | 1.22% |
| 3/14/2003 | 1.16% |
| 3/21/2003 | 1.32% |
| 3/28/2003 | 1.27% |
| 4/4/2003 | 1.19% |
| 4/11/2003 | 1.25% |
| 4/18/2003 | 1.33% |
| 4/25/2003 | 1.31% |
| 5/2/2003 | 1.25% |
| 5/9/2003 | 1.23% |
| 5/16/2003 | 1.20% |
| 5/23/2003 | 1.13% |
| 5/30/2003 | 1.13% |
| 6/6/2003 | 1.08% |
| 6/13/2003 | 0.97% |
| 6/20/2003 | 0.95% |
| 6/27/2003 | 1.02% |
| 7/4/2003 | 1.07% |
| 7/11/2003 | 1.08% |
| 7/18/2003 | 1.10% |
| 7/25/2003 | 1.13% |
| 8/1/2003 | 1.22% |
| 8/8/2003 | 1.26% |
| 8/15/2003 | 1.29% |
| 8/22/2003 | 1.33% |
| 8/29/2003 | 1.35% |
| 9/5/2003 | 1.33% |
| 9/12/2003 | 1.22% |
| 9/19/2003 | 1.21% |
| 9/26/2003 | 1.22% |
| 10/3/2003 | 1.17% |
| 10/10/2003 | 1.20% |
| 10/17/2003 | 1.29% |
| 10/24/2003 | 1.30% |
| 10/31/2003 | 1.30% |
| 11/7/2003 | 1.35% |
| 11/14/2003 | 1.36% |
| 11/21/2003 | 1.30% |
| 11/28/2003 | 1.35% |
| 12/5/2003 | 1.37% |
| 12/12/2003 | 1.31% |
| 12/19/2003 | 1.27% |
| 12/26/2003 | 1.28% |

# POST-JUDGMENT INTEREST RATE
## 2004

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 1/2/2004 | 1.29% |
| 1/9/2004 | 1.29% |
| 1/16/2004 | 1.19% |
| 1/23/2004 | 1.20% |
| 1/30/2004 | 1.25% |
| 2/6/2004 | 1.28% |
| 2/13/2004 | 1.24% |
| 2/20/2004 | 1.23% |
| 2/27/2004 | 1.22% |
| 3/5/2004 | 1.23% |
| 3/12/2004 | 1.16% |
| 3/19/2004 | 1.18% |
| 3/26/2004 | 1.17% |
| 4/2/2004 | 1.23% |
| 4/9/2004 | 1.32% |
| 4/16/2004 | 1.41% |
| 4/23/2004 | 1.50% |
| 4/30/2004 | 1.55% |
| 5/7/2004 | 1.63% |
| 5/14/2004 | 1.83% |
| 5/21/2004 | 1.83% |
| 5/28/2004 | 1.82% |
| 6/4/2004 | 1.92% |
| 6/11/2004 | 2.07% |
| 6/18/2004 | 2.22% |
| 6/25/2004 | 2.16% |
| 7/2/2004 | 2.14% |
| 7/9/2004 | 2.04% |
| 7/16/2004 | 2.07% |
| 7/23/2004 | 2.12% |
| 7/30/2004 | 2.16% |
| 8/6/2004 | 2.07% |
| 8/13/2004 | 1.99% |
| 8/20/2004 | 1.98% |
| 8/27/2004 | 2.03% |
| 9/3/2004 | 2.03% |
| 9/10/2004 | 2.10% |
| 9/17/2004 | 2.09% |
| 9/24/2004 | 2.14% |
| 10/1/2004 | 2.20% |
| 10/8/2004 | 2.24% |
| 10/15/2004 | 2.18% |
| 10/22/2004 | 2.22% |
| 10/29/2004 | 2.27% |
| 11/5/2004 | 2.35% |
| 11/12/2004 | 2.47% |
| 11/19/2004 | 2.53% |
| 11/26/2004 | 2.60% |
| 12/3/2004 | 2.62% |
| 12/10/2004 | 2.60% |
| 12/17/2004 | 2.66% |
| 12/24/2004 | 2.71% |
| 12/31/2004 | 2.77% |

# POST-JUDGMENT INTEREST RATE
## 2005

**Weekly average 1-year constant maturity Treasury yield**

| Week Ending | Rate |
| --- | --- |
| 1/7/2005 | 2.82% |
| 1/14/2005 | 2.85% |
| 1/21/2005 | 2.87% |
| 1/28/2005 | 2.89% |
| 2/4/2005 | 2.95% |
| 2/11/2005 | 2.96% |
| 2/18/2005 | 3.05% |
| 2/25/2005 | 3.13% |
| 3/4/2005 | 3.20% |
| 3/11/2005 | 3.24% |
| 3/18/2005 | 3.31% |
| 3/25/2005 | 3.38% |
| 4/1/2005 | 3.38% |
| 4/8/2005 | 3.33% |
| 4/15/2005 | 3.32% |
| 4/22/2005 | 3.28% |
| 4/29/2005 | 3.33% |
| 5/6/2005 | 3.33% |
| 5/13/2005 | 3.35% |
| 5/20/2005 | 3.32% |
| 5/27/2005 | 3.32% |
| 6/3/2005 | 3.28% |
| 6/10/2005 | 3.30% |
| 6/17/2005 | 3.39% |
| 6/24/2005 | 3.40% |
| 7/1/2005 | 3.46% |
| 7/8/2005 | 3.52% |
| 7/15/2005 | 3.59% |
| 7/22/2005 | 3.68% |
| 7/29/2005 | 3.77% |
| 8/5/2005 | 3.84% |
| 8/12/2005 | 3.90% |
| 8/19/2005 | 3.89% |
| 8/26/2005 | 3.88% |
| 9/2/2005 | 3.77% |
| 9/9/2005 | 3.76% |
| 9/16/2005 | 3.82% |
| 9/23/2005 | 3.88% |
| 9/30/2005 | 3.97% |
| 10/7/2005 | 4.08% |
| 10/14/2005 | 4.14% |
| 10/21/2005 | 4.19% |
| 10/28/2005 | 4.26% |
| 11/4/2005 | 4.32% |
| 11/11/2005 | 4.35% |
| 11/18/2005 | 4.36% |
| 11/25/2005 | 4.30% |
| 12/2/2005 | 4.34% |
| 12/9/2005 | 4.35% |
| 12/16/2005 | 4.34% |
| 12/23/2005 | 4.37% |
| 12/30/2005 | 4.36% |

# POST-JUDGMENT INTEREST RATE

## 2006

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 1/6/2006 | 4.37% |
| 1/13/2006 | 4.41% |
| 1/20/2006 | 4.43% |
| 1/27/2006 | 4.50% |
| 2/3/2006 | 4.60% |
| 2/10/2006 | 4.67% |
| 2/17/2006 | 4.70% |
| 2/24/2006 | 4.72% |
| 3/3/2006 | 4.74% |
| 3/10/2006 | 4.77% |
| 3/17/2006 | 4.76% |
| 3/24/2006 | 4.77% |
| 3/31/2006 | 4.82% |
| 4/7/2006 | 4.85% |
| 4/14/2006 | 4.91% |
| 4/21/2006 | 4.90% |
| 4/28/2006 | 4.94% |
| 5/5/2006 | 4.98% |
| 5/12/2006 | 5.01% |
| 5/19/2006 | 4.98% |
| 5/26/2006 | 4.99% |
| 6/2/2006 | 5.03% |
| 6/9/2006 | 5.04% |
| 6/16/2006 | 5.13% |
| 6/23/2006 | 5.24% |
| 6/30/2006 | 5.27% |
| 7/7/2006 | 5.27% |
| 7/14/2006 | 5.24% |
| 7/21/2006 | 5.22% |
| 7/28/2006 | 5.17% |
| 8/4/2006 | 5.10% |
| 8/11/2006 | 5.09% |
| 8/18/2006 | 5.10% |
| 8/25/2006 | 5.07% |
| 9/1/2006 | 5.03% |
| 9/8/2006 | 5.02% |
| 9/15/2006 | 5.02% |
| 9/22/2006 | 4.97% |
| 9/29/2006 | 4.90% |
| 10/6/2006 | 4.90% |
| 10/13/2006 | 5.03% |
| 10/20/2006 | 5.05% |
| 10/27/2006 | 5.07% |
| 11/3/2006 | 5.00% |
| 11/10/2006 | 5.03% |
| 11/17/2006 | 5.03% |
| 11/24/2006 | 5.01% |
| 12/1/2006 | 4.95% |
| 12/8/2006 | 4.90% |
| 12/15/2006 | 4.95% |
| 12/22/2006 | 4.96% |
| 12/29/2006 | 4.99% |

# POST-JUDGMENT INTEREST RATE

## 2007

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 1/5/2007 | 4.98% |
| 1/12/2007 | 5.03% |
| 1/19/2007 | 5.08% |
| 1/26/2007 | 5.10% |
| 2/2/2007 | 5.10% |
| 2/9/2007 | 5.07% |
| 2/16/2007 | 5.07% |
| 2/23/2007 | 5.05% |
| 3/2/2007 | 4.96% |
| 3/9/2007 | 4.92% |
| 3/16/2007 | 4.93% |
| 3/23/2007 | 4.93% |
| 3/30/2007 | 4.90% |
| 4/6/2007 | 4.94% |
| 4/13/2007 | 4.97% |
| 4/20/2007 | 4.93% |
| 4/27/2007 | 4.90% |
| 5/4/2007 | 4.90% |
| 5/11/2007 | 4.89% |
| 5/18/2007 | 4.86% |
| 5/25/2007 | 4.95% |
| 6/1/2007 | 4.96% |
| 6/8/2007 | 4.98% |
| 6/15/2007 | 4.98% |
| 6/22/2007 | 4.95% |
| 6/29/2007 | 4.94% |
| 7/6/2007 | 4.99% |
| 7/13/2007 | 5.00% |
| 7/20/2007 | 4.99% |
| 7/27/2007 | 4.91% |
| 8/3/2007 | 4.83% |
| 8/10/2007 | 4.78% |
| 8/17/2007 | 4.44% |
| 8/24/2007 | 4.16% |
| 8/31/2007 | 4.30% |
| 9/7/2007 | 4.27% |
| 9/14/2007 | 4.15% |
| 9/21/2007 | 4.11% |
| 9/28/2007 | 4.05% |
| 10/5/2007 | 4.12% |
| 10/12/2007 | 4.24% |
| 10/19/2007 | 4.14% |
| 10/26/2007 | 3.97% |
| 11/2/2007 | 3.93% |
| 11/9/2007 | 3.72% |
| 11/16/2007 | 3.58% |
| 11/23/2007 | 3.30% |
| 11/30/2007 | 3.25% |
| 12/7/2007 | 3.17% |
| 12/14/2007 | 3.20% |
| 12/21/2007 | 3.28% |
| 12/28/2007 | 3.42% |

# POST-JUDGMENT INTEREST RATE

## 2008

Weekly average 1-year constant maturity Treasury yield

| Week Ending | Rate |
|---|---|
| 1/4/2008 | 3.15% |
| 1/11/2008 | 3.04% |
| 1/18/2008 | 2.83% |
| 1/25/2008 | 2.31% |
| 2/1/2008 | 2.23% |
| 2/8/2008 | 2.08% |
| 2/15/2008 | 2.04% |
| 2/22/2008 | 2.10% |
| 2/29/2008 | 1.98% |
| 3/7/2008 | 1.66% |
| 3/14/2008 | 1.52% |
| 3/21/2008 | 1.35% |
| 3/28/2008 | 1.60% |
| 4/4/2008 | 1.63% |
| 4/11/2008 | 1.63% |
| 4/18/2008 | 1.67% |
| 4/25/2008 | 1.88% |
| 5/2/2008 | 1.93% |
| 5/9/2008 | 1.94% |
| 5/16/2008 | 2.07% |
| 5/23/2008 | 2.09% |
| 5/30/2008 | 2.19% *revised* |
| 6/6/2008 | 2.14% |
| 6/13/2008 | 2.51% |
| 6/20/2008 | 2.57% |
| 6/27/2008 | 2.46% |
| 7/4/2008 | 2.35% |
| 7/11/2008 | 2.25% |
| 7/18/2008 | 2.21% |
| 7/25/2008 | 2.33% |
| 8/1/2008 | 2.30% |
| 8/8/2008 | 2.23% |
| 8/15/2008 | 2.18% |
| 8/22/2008 | 2.12% |
| 8/29/2008 | 2.17% |
| 9/5/2008 | 2.08% |
| 9/12/2008 | 2.05% |
| 9/19/2008 | 1.69% |
| 9/26/2008 | 1.95% |
| 10/3/2008 | 1.59% |
| 10/10/2008 | 1.24% |
| 10/17/2008 | 1.25% |
| 10/24/2008 | 1.66% |
| 10/31/2008 | 1.44% |
| 11/7/2008 | 1.24% |
| 11/14/2008 | 1.12% |
| 11/21/2008 | 0.96% |
| 11/28/2008 | 0.93% |
| 12/5/2008 | 0.69% |
| 12/12/2008 | 0.50% |
| 12/19/2008 | 0.45% |
| 12/26/2008 | 0.40% |

# POST-JUDGMENT INTEREST RATE

## 2009

**Weekly average 1-year constant maturity Treasury yield**

| Week Ending | Rate |
|---|---|
| 1/2/2009 | 0.37% |
| 1/9/2009 | 0.44% |
| 1/16/2009 | 0.43% |
| 1/23/2009 | 0.43% |
| 1/30/2009 | 0.49% |
| 2/6/2009 | 0.54% |
| 2/13/2009 | 0.60% |
| 2/20/2009 | 0.64% |
| 2/27/2009 | 0.72% |
| 3/6/2009 | 0.68% |
| 3/13/2009 | 0.70% |

# EXHIBIT C

Average Interest Rate
per 28 U.S.C. 1961(a)

| Year | Rate |
|------|---------|
| 2003 | 0.01275 |
| 2004 | 0.01919 |
| 2005 | 0.03620 |
| 2006 | 0.04930 |
| 2007 | 0.04530 |
| 2008 | 0.01602 |
| 2009 | 0.00572 |

# EXHIBIT D

SCHEDULE OF LOSS
BY YEAR

| Year | Gross Loss | Mitigation Offset | Net Loss |
|---|---|---|---|
| 2003 | $3,667 | $0 | $3,667 |
| 2004 | $95,936 | ($38,065) | $57,871 |
| 2005 | $170,165 | ($52,664) | $117,501 |
| 2006 | $113,981 | ($56,850) | $57,131 |
| 2007 | $124,240 | ($60,836) | $63,404 |
| 2008 | $135,421 | ($65,045) | $70,376 |
| 2009 | $36,902 | ($17,400) | $19,502 |